UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      -CR-    (   ) (   )

                                    Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_____*Yolanda Howard*_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____*Marisa K. Cabrera*_____
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

   10/6/20
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge